ANNA M. BIRCH-FIELD and WILLIAM L. BIRCH-FIELD, Appellants, v. DAVENPORT SHORE CLUB, INC., Defendant, and WILLIAM WEISS, Individually and as

Receiver of Pain's Fireworks, Inc., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.